IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| ANNIE-DELESTER:SARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 624-041 |
| | ) |
| STATESBORO POLICE DEPARTMENT; | ) |
| BULLOCH COUNTY SHERIFF'S OFFICE; | ) |
| and LAKEVIEW IN MARKET DISTRICT/ | ) |
| THE GRAND, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** and **CLOSES** this civil action.

SO ORDERED this 20th day of September, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA